United States District Court
Northern District of Ohio
Office of the Clerk
102 Howard M. Metzenbaum U.S. Court House
201 Superior Avenue
Cleveland, Ohio 44114-1201

Geri M. Smith
Clerk of Court

(216) 522-4355

TO: Michael Layne DCDC
CCA/N.E. Ohio Corretional Inst.
2240 Hubbard Rd.
Youngstown, OH 44505

DATE: May 24, 2001

Enclosed please find a time-stamped copy of your filed case. The case has been referred to the assigned judge. However, no service of process has yet been made on the defendants. Before service is issued, the court will review your case to decide whether the case should be dismissed without service of process.

This is standard procedure at the court for the type of case you have filed. If the case is dismissed, you will receive a copy of the dismissal order.

Thank you.

Sincerely,

Geri M. Smith
Clerk of Court

By: Docket Clerk _____

FL-103 (11/98)

337 Thomas D. Lambros
Federal Building and U.S. Courthouse
125 Market Street
Youngstown, Ohio 44503-1787
(330) 746-1906

114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, Ohio 43624-1347
(419) 259-6412

U.S. Courthouse
568 Federal Building
2 South Main Street
Akron, Ohio 44308-1876
(330) 375-5407